```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION

IN RE:                              )
                                    )
ANGELA MARIE SMITH                  )   CASE NO.  08-31506-LMK
                                    )      CHAPTER 7
        Debtor.                     )
_____)
```

<u>REPORT OF UNCOLLECTED FUNDS</u>

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 2 | Capital Recovery II<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | $4.33 |

Dated: 10/19/09                          /s/ John E. Venn, Jr.
                                         JOHN E. VENN, JR.,
                                         TRUSTEE
                                         FL Bar No. 184992
                                         220 W. Garden St.
                                         Suite 603
                                         Pensacola, FL 32502
                                         (850) 438-0005
                                         <u>Johnevennjrpa@aol.com</u>